```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 14483
   DUANE A ROCKET
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0912


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/15/2005 and was confirmed 09/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  33.00%.

     The case was dismissed after confirmation 04/30/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG          .00             .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE     14689.70             .00         8050.68
COOK COUNTY TREASURER    SECURED             408.78           79.09          408.78
CITY OF CHICAGO WATER DE SECURED             603.00           39.69          313.50
PEOPLE GAS               UNSECURED        NOT FILED             .00             .00
I C COLLECTION SERVICE   UNSECURED        NOT FILED             .00             .00
CAPITAL ONE              UNSECURED        NOT FILED             .00             .00
DANIEL M MOULTON         DEBTOR ATTY       1,500.00                         1,500.00
TOM VAUGHN               TRUSTEE                                              624.23
DEBTOR REFUND            REFUND                                                  .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 11,015.97

PRIORITY                                              .00
SECURED                                           8,772.96
    INTEREST                                        118.78
UNSECURED                                             .00
ADMINISTRATIVE                                    1,500.00
TRUSTEE COMPENSATION                                624.23
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   11,015.97              11,015.97




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 14483 DUANE A ROCKET
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                  /s/ Tom Vaughn

Dated: 07/23/08                     _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE